### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERT CHINN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THEIA GROUP, INC.,<br><br>　　　　Defendant. | C.A. No. 21-cv-00378-MSM |

### NOTICE OF EXTENSION OF RECEIVERSHIP STAY THROUGH JANUARY 31, 2023

**PLEASE TAKE NOTICE** that on November 8, 2021, the Southern District of New York (the "Receivership Court") entered an *Order Appointing Michael Fuqua as Receiver* (Doc. No. 117) (the "Receivership Order") in the case styled *FCR Advisors, LLC v. Theia Group, Inc., d/b/a "Thorian Group" and/or "Cypherian"; Theia Aviation, LLC; and Theia Holdings A, Inc., d/b/a "Thorian Holdings,"* C.A. No. 1:21-cv-6995 (PKC) (the "Receivership Case"). A true and correct copy of the Receivership Order is attached as **Exhibit A** and is incorporated herein by reference.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Receivership Order, the Receivership Court stayed (the "Receivership Stay") any "action, proceeding, lawsuit or bankruptcy case against the Receivership Entities[1] or impacting the property and assets subject to this [Receivership] Order, including an action, proceeding or lawsuit heretofore commenced, without having first obtained leave of" the Receivership Court, for a period of 120 days following entry of the Receivership Order. Receivership Order, at ¶ 4. In addition, "[n]o person or entity, including any creditor or claimant against any of the Receivership Entities, or any person acting

---

[1] The term "Receivership Entities" is defined the Receivership Order as, collectively, Theia Group, Inc., Theia Aviation LLC, and Theia Holdings A, Inc. *See* Receivership Order, at ¶ 1.

on behalf of such creditor or claimant, shall take any action to interfere with the taking control, possession, or management of the assets" of the Receivership Entities.  *Id.*, at ¶ 5.

**PLEASE TAKE FURTHER NOTICE** that, on December 9, 2022, the Receivership Court entered an *Order* (Doc. No. 312) (the "Stay Extension Order") in the Receivership Case, pursuant to which the Receivership Court further extended the Receivership Stay through and including January 31, 2023.  A true and correct copy of the Stay Extension Order is attached as **Exhibit B** and is incorporated herein by reference.

**PLEASE TAKE FURTHER NOTICE** that one or more of the Receivership Entities is a named defendant in the above-captioned action.  Accordingly, the Receiver respectfully submits that this action has been stayed by the Receivership Order and the Stay Extension Order until at least **January 31, 2023** (pending further order of the Receivership Court).

| | |
|---|---|
| Dated: December 22, 2022 | REED SMITH LLP |
| | */s/ David A. Casale* |
| | David A. Casale (R.I. Bar No. 8198) |
| | 20 Stanwix Street, Suite 1200 |
| | Pittsburgh, Pennsylvania 15222 |
| | Telephone: (412) 288-5937 |
| | Facsimile: (412) 288-3063 |
| | E-mail: dcasale@reedsmith.com |
| | |
| | *Counsel for Michael Fuqua, in his capacity as Receiver of Theia Group, Inc., Theia Aviation LLC, and Theia Holdings A, Inc.* |
| OF COUNSEL: | |
| Kurt F. Gwynne, Esq. | |
| Jason D. Angelo, Esq. | |
| Reed Smith LLP | |
| 1201 North Market Street, Suite 1500 | |
| Wilmington, DE 19801 | |
| Telephone: (302) 778-7500 | |
| Facsimile: (302) 778-7575 | |
| E-mail: kgwynne@reedsmith.com | |
| E-mail:  jangelo@reedsmith.com | |