IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERT CHINN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 21-cv-00378-MSM |
| ) | |
| THEIA GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF COURTNEY R. FOLEY

Please enter the withdrawal of appearance of Courtney R. Foley, formerly of Greenberg Traurig, LLP as counsel for the Plaintiff, Robert Chinn, in the above-captioned matter.

Date: May 25, 2023

ROBERT CHINN,

By his Attorney:

/s/ *Courtney R. Foley*
David C. Fixler, Esq.
fixlerd@gtlaw.com
John F. Farraher. Jr. – *Pro Hac Vice*
farraherj@gtlaw.com
Courtney R. Foley – *Pro Hac Vice*
foleyc@gtlaw.com
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

## CERTIFICATE OF SERVICE

I, Courtney R. Foley, hereby certify that on May 25, 2023, I caused to be served upon all counsel, by ECF, a true and correct copy of the foregoing document.

/s/ *Courtney R. Foley*
Courtney R. Foley