UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERT CHINN, ) ) Plaintiff, ) ) v. ) ) THEIA GROUP, INC., ) ) Defendant. ) | CIVIL ACTION NO. 21CV00378-MSM |

## STATUS REPORT

In accordance with this Court's order dated March 21, 2024, undersigned counsel for plaintiff hereby provides the Court with an update as it relates to the status of this case. By order of the United States District Court of the Southern District of New York in the matter *FCS Advisors, LLC v. Theia Group, Inc.*, et al. CA No. 21CV06995 (Doc. 411; a copy of which was previously submitted to this Court), the Receivership Stay remains in place.

Respectfully submitted,

ROBERT CHINN,
By his Attorneys:

*/s/ David C. Fixler*
David C. Fixler (Bar No. 3839)
John F. Farraher, Jr. (*Pro hac vice*)
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
Tel: (617) 310-6000
fixlerd@gtlaw.com
farraherj@gtlaw.com

DATED: December 16, 2024

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 16th day of December, 2024.

                                                               /s/ David C. Fixler
                                                               David C. Fixler

ACTIVE 705135737v1