UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERT CHINN, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 21CV00378-MSM |
| THEIA GROUP, INC., ) | |
| Defendant. ) | |

## STATUS REPORT

In accordance with this Court's order, undersigned counsel for plaintiff hereby provides the Court with an update as it relates to the status of this case. By order of the United States District Court of the Southern District of New York in the matter *FCS Advisors, LLC v. Theia Group, Inc.*, et al. CA No. 21CV06995 ("Receivership Action") (Doc. 411; a copy of which was previously submitted to this Court), a Receivership Stay was implemented. The stay remains in effect.

Respectfully submitted,

ROBERT CHINN,
By his Attorneys:

*/s/ David C. Fixler*
David C. Fixler (Bar No. 3839)
John F. Farraher, Jr. (*Pro hac vice*)
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
Tel: (617) 310-6000

DATED: June 17, 2025

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 17th day of June, 2025.

/s/ David C. Fixler
David C. Fixler

ACTIVE 712130808v1