UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT CHINN,

Plaintiff,

v.

THEIA GROUP, INC.,

Defendant.

CIVIL ACTION NO. 21CV00378-MSM

**STATUS REPORT**

By way of this action, Plaintiff Dr. Robert Chinn seeks damages arising from the breach of a Secured Note Purchase Agreement ("Agreement") he entered with Defendant Theia Group, Incorporated ("Theia") dated February 18, 2020. Under the terms of the Agreement, Dr. Chinn purchased a Secured Convertible Promissory Note ("Note") from Theia for a purchase price of one hundred thousand dollars ($100,000). Per the terms of the Note, Theia promised to pay Dr. Chinn two times the principal sum of his investment—two hundred thousand dollars ($200,000) ("Repayment Amount")—on February 18, 2021, referred to in the Note as the "Maturity Date." The Maturity Date has passed, yet despite demand, Theia has refused to pay Dr. Chinn the Repayment Amount.

By order of the United States District Court of the Southern District of New York in the matter *FCS Advisors, LLC v. Theia Group, Inc.*, et al. CA No. 21CV06995 ("Receivership Action") (Doc. 411; a copy of which was previously submitted to this Court), a Receivership Stay was implemented. *See* Doc. No. 7. On October 26, 2023, the Receiver Stay was extended as follows:

> 21. **Receivership Stay.** The Receivership Stay provided in paragraph 4 of the Receivership Order *(see* Doc. 117, 14) is hereby extended until fourteen (14) days after the later of the Closing Date or governmental approval of the transfers of the FCC License and the NOAA License to Buyer.

Plaintiff's counsel periodically conferred with the Receiver's counsel and reported the status of the Stay Order to this Court.

Upon a recent review of the docket sheet in the Receivership Action, plaintiff's counsel observed that, on January 29, 2026, the Receivership Action was "closed." According to Receiver's counsel, the sale of debtors' assets (*i.e.*, the Closing) occurred, and the Receiver was discharged. Receiver's counsel also stated that the contemplated transfer "FCC License" had been challenged but it was unclear what impact, if any, the challenge had upon the Receivership Stay.

In sum, it appears the stay has been lifted and, as such, defendant should be directed to answer the complaint. Failing that, a default judgment should enter in plaintiff's favor against defendant in the Repayment Amount plus accrued interest.

Respectfully submitted,

ROBERT CHINN,
By his Attorneys:

*/s/ David C. Fixler*
David C. Fixler (Bar No. 3839)
John F. Farraher, Jr. (*Pro hac vice*)
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
Tel: (617) 310-6000

DATED: September 23, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 23rd day of September 2026.

/s/ David C. Fixler
David C. Fixler